UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Roller,

       Plaintiff,

v.                                              Civil No. 07-1182 (JNE/JJG)
                                               ORDER

David Copperfield's Disappearing, Inc.,

       Defendant.

This case is before the Court on a Report and Recommendation issued on November 20, 2007, by the Honorable Jeanne J. Graham, United States Magistrate Judge. Plaintiff objected to the Report and Recommendation, and Defendant responded. Plaintiff also moved to disqualify the magistrate judge. The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Report and Recommendation. *See* D. Minn. LR 72.2(b). The Court also denies Plaintiff's motion to disqualify. Accordingly, IT IS ORDERED THAT:

    1.    Defendant's motion to dismiss [Docket No. 2] is GRANTED.

    2.    Defendant's motion for sanctions [Docket No. 12] is DENIED.

    3.    All claims in this litigation are DISMISSED WITH PREJUDICE.

    4.    Plaintiff's motion to disqualify [Docket No. 29] is DENIED.

    5.    Plaintiff's remaining motions [Docket Nos. 19 & 26] are DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 10, 2007

                                                              s/ Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge